*Question 2 (c)*

# Franklin County Juvenile Detention Center
## Job Description – Superintendent

**Normal Work Schedule –** 8am to 4pm Monday – Friday ON-CALL

**Duties – May include any or all of the following:**

Accepts employment from the Franklin County Board
Receives general direction from the Second Judicial Circuits' Chief Judge
Receives direction and supervision from the Second Circuits' Director of Court Services
Represents the County Board and Second Judicial Circuit in matters related to the Detention Center
Initiates, develops, and maintains a comprehensive public relations program promoting acceptance
Works with the architect and contractors in assuring a quality functioning facility is constructed
Reports to the County Board and Director of Court Services any construction related issues
Determine need for, selects, and purchases appropriate equipment, fixtures, and supplies for the new facility
Establishes policy and develops procedures for the legal and efficient operation of the center
Maintains staff compliance with all procedures and takes appropriate action to identify problem areas
Assures that established policy and procedure is in compliance with federal and state requirements
Develops job descriptions, post assignments, work schedules, and related personnel documents
Initiates and maintains the recruitment, screening, selection, evaluation, retention, and promotion of staff
Provides for a comprehensive pre-service and on-going in-service training program for staff and volunteers
Coordinates facility functions with the Second Judicial Circuit and the Franklin County Board
Creates a professional environment that is conducive to effective and successful operations and programs
Attends and/or conducts meetings related to the administration and management of the Center
Ensures constant safety, security, and supervision of all youth, staff, visitors, and physical areas of the facility
Insures the building is maintained within the guidelines of state, federal, and local regulatory agencies
Properly handles confidential information and assures that subordinate staff complies with confidentiality
Develops and oversees a comprehensive budget designed to provide for maximum use of resources
Initiates, in cooperation with Franklin County officials, a method of accounting for facility funds
Monitors and approves all purchases and expenditures to insure proper disbursement
Directly supervises the administrative assistant/ building services technician/ and assistant superintendent
Gathers, prepares and submits statistical data and reports, as required
Seeks funding for and develops a region wide transportation program to transport youth
Seeks various opportunities for the development of outside resources and funding to support the center
Maintains proper records regarding youth detained and the general operation of the facility
Performs routine internal audits to assure policy and procedures are being followed
Serves as a positive role model for other staff, youth, and community
Cooperates with and promotes a team spirit with all other staff and entities utilizing the center.
Performs other needful related duties, as required or assigned

**Requirements/Qualifications**
   Minimum requirements as required by AOIC
   Experience in a juvenile residential facility
   Ten (10) years related work experience- Five (5) of which must have been supervisory
   Proven ability to successfully manage subordinate staff
   Possess strong time management and organizational skills
   Possess strong verbal and written communication skills
   Ability to pass required background checks and drug test
   Have no conflicting felony convictions or suspended felony imposition
   Valid driver's license and Safe driving record - U.S. Citizen

# EXHIBIT 11

McKinney 15-1044 #000714