Diane Sanders #2-C

# Franklin County Juvenile Detention Center
## Job Description – Assistant Superintendent

Normal Work Schedule –   8am to 4pm   Monday – Friday   ON-CALL

Duties – May include any or all of the following:

Accepts employment from the Franklin County Board
Receives general direction from the Second Judicial Circuits' Chief Judge and Director of Court Services
Receives direction and supervision from the Superintendent of the Detention Center.
Maintains a constant knowledge & understanding of established rules, policy, and procedure
Receives and follows written and oral instructions
Assists the superintendent in establishing program goals and objectives
Supervises and coordinates program services components including medical, education, & social services
Coordinates programs with Court Services staff and other resource entities
Exercises initiative and sound judgment in planning and coordinating program activities.
Creates a professional environment that is conducive to effective program services
Attends and receives specialized training required by the Superintendent of the Detention Center
Ensures constant safety, security, supervision, and cleanliness of all areas of the facility
Serves as assistant to the superintendent and acts as superintendent in the extended absence thereof.
Serves as a positive role model for other staff, youth, and community
Properly handles confidential information and reports
Establishes and maintains a system of investigating, documenting, and mediating employee complaints
Attends various meetings, both within the facility and the community
Serves as volunteer services coordinator
Directly supervises and evaluates detention supervisors/ nurse/ and program services
Participates in the interviewing and screening of subordinate staff
Gathers, prepares and submits statistical data and reports, as required
Supervises and coordinates the transportation program
Serves as intake coordinator, assisting on-duty staff with problems and questions
Interacts with Court Services regarding; hearings, court orders, commitments, etc.
Performs routine internal audits to assure policy and procedures are being followed
Assists the superintendent in the general security and operation of the facility
Cooperates with and promotes a team spirit with all other staff and entities utilizing the center.
Performs other needful related duties, as required or assigned

Requirements/Qualifications

> Minimum requirements as required by AOIC
> Experience in a juvenile residential facility
> Six (6) years related work experience- Three (3) of which must have been supervisory
> Proven ability to successfully manage subordinate staff
> Possess strong time management and organizational skills
> Possess strong verbal and written communication skills
> Ability to pass required background checks and drug test
> Have no conflicting felony convictions or suspended felony imposition
> Valid driver's license and Safe driving record
> U.S. Citizen

# EXHIBIT 13

McKinney 15-1044 #000711