IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARY McKINNEY, AS ADMINISTRATOR FOR THE ESTATE OF R.E., DECEASED,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-CV-1044-SMY-RJD |
| vs. | ) ) ) | |
| **FRANKLIN COUNTY, ILLINOIS, et al.,** | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Mary McKinney, as Administrator for the Estate of R.E., deceased, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the district court's Order entered on September 30, 2019, granting Defendants Franklin County, Illinois, Randall Crocker, Michael Abell, Shawn Freeman, Diane Sanders, Samantha Thomas, Daniel Lynch, Alicia Mendoza, Anthony Bechelli, Stephanie Upchurch and Alan Stewarts' Motions for Summary Judgment (Doc 248), and from the district court's final Judgment entered on September 30, 2019, in favor of all Defendants. (Doc 249).

Groves | Powers, LLC

/s/ *Linda C. Powers*
Linda C. Powers, #6271689
One U.S. Bank Plaza
505 North 7th Street, Suite 2010
St. Louis, Missouri 63101
t: 314.696.2300 | f: 314.696.2304
lpowers@grovespowers.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served upon the following parties by operation of the Court's CM/ECF filing system on this 21st day of October, 2019:

Office of the Attorney General, State of Illinois
R. Douglas Rees
Christopher J. Kim
Elizabeth Morris
Lisa Cook
100 West Randolph Street, 12th Floor
Chicago, IL 60601
rrees@atg.state.il.us
ckim@atg.state.il.us
emorris@state.il.us
lcook@atg.state.il.us

*Attorneys for Defendants Michael Abell,*
*Shawn Freeman, Diane Sanders, Samantha Thomas,*
*Daniel Lynch, Alicia Mendoza, Anthony Bechelli, Stephanie Upchurch, and*
*Alan Stewart*

Bleyer and Bleyer
Joseph A. Bleyer
601 West Jackson Street
Marion, IL 629590487
jableyer@bleyerlaw.com

*Attorneys for Defendants Franklin County, Illinois*
*and Randall Crocker*

                                                  /s/ *Linda C. Powers*
                                                   Linda C. Powers